IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

ZACHARY COOPER, SR.,

    Plaintiff,

v.

COUNSELOR J. DOOLEY, ET AL.,

    Defendants.

Case No. 7:10CV00290

**FINAL ORDER**

By: Glen E. Conrad
Chief United States District Judge

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 30th day of July, 2010.

                                                  Chief United States District Judge